# In the United States District Court
# for the Southern District of Georgia
# Brunswick Division

```
LARRY HARRIS, SR.,

         Petitioner,                    2:23-cv-54

   v.

WARDEN JERMAINE WHITE,

         Respondent.
```

## ORDER

The Magistrate Judge issued a Report wherein he recommended the Court grant Respondent's Motion to Dismiss and dismiss Petitioner Larry Harris's ("Harris") 28 U.S.C. § 2254 Petition for Writ of Habeas Corpus, as amended, because Harris did not timely file his Petition. Dkt. No. 15. Harris, through counsel, has filed Objections to the Report and Recommendation. Dkt. No. 16.

In his Objections, Harris disagrees with the Magistrate Judge's determination Harris has not been diligently pursuing his rights or shown some extraordinary circumstances prevented him from timely filing his § 2254 Petition. Id. at 1. Harris asserts he has been "investigating his claims throughout[]" and "sought state review and attempted to exhaust his state remedies." Id. However, Harris maintains, prison mail room "improprieties" and "technical filing mishaps" prevented him from filing his Petition

timely.  Id.  Harris makes only conclusory statements without any explanation or support.

Further, Harris overlooks the fact the Magistrate Judge considered these justifications, which Harris already summarily advanced, and rejected them.  Dkt. No. 15 at pp. 5-6.  Harris fails to meet his burden of proof on an equitable tolling showing and presents nothing new or additional in his Objections.

The Court **OVERRULES** Harris's Objections.  The Court concurs with and **ADOPTS** the Report and Recommendation as the opinion of the Court.  I **GRANT** Respondent's Motion to Dismiss, **DISMISS as untimely** Harris's § 2254 Petition, as amended, and **DIRECT** the Clerk of Court to **CLOSE** this case and enter the appropriate judgment of dismissal.  In addition, the Court **DENIES** Harris *in forma pauperis* status on appeal and a Certificate of Appealability.

**SO ORDERED**, this 11 day of June, 2024.

_____
HON. LISA GODBEY WOOD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA